**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| BESSIE J. DESROCHES,<br><br>Plaintiff,<br><br>vs.<br><br>HARDWIRE MORTGAGE CO., ET AL.,<br><br>Defendants. | Case No.: EDCV10-1763 VAP (OPx)<br><br>**ORDER REMANDING CASE TO SAN BERNARDINO SUPERIOR COURT**<br><br>*Removal Filed:  November 12, 2010*<br>*State Court Action Filed: September 30, 2010* |

      This case was removed to this Court on November 12, 2010.  Thereafter, Defendants noticed a motion to dismiss, which was set for hearing on January 10, 2011.  In lieu of filing an Opposition, Plaintiff filed a "Notice of Non-Opposition, Intent to Dismiss Federal Claims, and Prayer to Remand Case to State Court" and "Notice of Dismissal of Federal Claims pursuant to F.R.CIV. P. Rule 41(a) and Prayer to Remand Case to State Court".  *See* Dkts. #8 and #10.

      Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Defendant has not filed an answer or a motion for summary

judgment. Thus, Plaintiff's federal claims are dismissed. The Court declines to exercise jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(3) (a court may decline to exercise supplemental jurisdiction where it "has dismissed all claims over which it has original jurisdiction."). Accordingly, the case is REMANDED to the Superior Court for San Bernardino County. The Clerk shall close the file and terminate any pending motions. The motion hearing scheduled for January 10, 2011 is vacated.

**IT IS SO ORDERED.**

DATED:_January 11, 2011_

_____
U.S. DISTRICT COURT JUDGE